BENJAMIN B. WAGNER
United States Attorney
JEREMY R. JEHANGIRI
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

MAY 12 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
    United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:11 CR 00171 LJO |
| ) Plaintiff, ) | VIOLATION: 18 U.S.C. § 2252(a)(2)- Receipt or Distribution of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct and 18 U.S.C. § 2253 - Criminal Forfeiture |
| v. ) | |
| ERIC PAUL VALLEJOS, ) | |
| ) Defendant. ) | |

I N D I C T M E N T

The Grand Jury charges:

ERIC PAUL VALLEJOS,

defendant herein, beginning in or about September 2010, and continuing through approximately October 6, 2010, in Stanislaus County, within the State and Eastern District of California and elsewhere, did knowingly receive and distribute via the internet, at least one visual depiction, the producing of which involved at least one minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign

commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION:   [18 U.S.C. § 2253 - Criminal Forfeiture]

The allegations contained above in this Indictment are realleged and incorporated herein for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 2253.

Upon conviction for violating 18 U.S.C. § 2252(a)(2), as alleged in the Indictment, ERIC PAUL VALLEJOS shall forfeit to the United States, under 18 United States Code, Section 2253, his interest in any and all matters which contain any visual depiction(s) possessed, received, shipped, or transported in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained directly or indirectly as a result of these violations; and, any and all property used or intended to be used in any manner or part to commit or to promote the commission of these violations, including but not limited to the following:

a.   Western Digital WD400, bearing serial number WMAMC5715989.

If any property subject to forfeiture, as a result of the offense alleged in this indictment, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third person; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other

property which cannot be subdivided without difficulty, it is the intent of the United States, under 18 U.S.C. § 2253(b) incorporating 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

                           A TRUE BILL.

                           /s/ Signature on file w/AUSA
                           _____
                           FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

       Mark E. Cullers
By_____
  MARK E. CULLERS,
  Assistant Untied States Attorney
  Chief, Fresno Office

3