No.

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



FILED

MAY 1 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

---

THE UNITED STATES OF AMERICA

vs.

ERIC PAUL VALLEJOS

---

INDICTMENT          1:11 CR 00171   LJO

**VIOLATION(S):** 18 U.S.C. § 2252(a)(2) - RECEIPT OR DISTRIBUTION OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE

---

A true bill,

151

_____
Foreman.

Filed in open court this ___12th___ day

of ___May___, A.D. 20_11_

_____
Clerk.

Bail, $  **NO BAIL WARRANT**

GPO 863 525

```
AO 257                                                                                                                                              PER 18 U.S.C 3170
(Rev. 10/95)          Case 1:11-cr-00171-LJO   Document 1-1   Filed 05/12/11   Page 2 of 3
              DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT
```

| By | [ ] COMPLAINT | [ ] INFORMATION | [x] INDICTMENT | Name of District Court, and/or Judge Magistrate Location (city) |
|---|---|---|---|---|

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

**OFFENSE CHARGED**
PLEASE SEE INDICTMENT

- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [x] Felony

**DEFENDANT -- U.S. vs.**

**ERIC PAUL VALLEJOS**

Address: { 1:11 CR 00171 LJO }

Birth Date: [X] Male  [ ] Female  [ ] Alien (if applicable)
(Optional unless a juvenile)

Place of Offense: **Stanislaus County**
U.S.C. Citation: Please see Indictment

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any): **SA Brandt/FBI**

[ ] this person is awaiting trial in another Federal or State Court, give name of court.

[ ] this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:
[ ] U.S. Att'y  [ ] Defense

SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing information on
THIS FORM: **MARIA G. ROBLES**

[X] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S. Att'y: **JEREMY JEHANGIRI**

**DEFENDANT**

**IS NOT IN CUSTODY**
1) [X] Has not been arrested, pending outcome this proceeding. if not detained give date any prior summons was served on above charges
2) [ ] Is a Fugivtive
3) [ ] Is on Bail or Realease from (show District)

**IS IN CUSTODY**
4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed'l  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [ ] No
If "Yes" give date

DATE OF ARREST ▶  Mo. / Day / Year

Or ... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ▶ Mo. / Day / Year

[ ] This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PENALTIES:    DEFN. BAIL STATUS:. Please issue no bail warrant.

PENALTY SLIP

DEFENDANT: ERIC PAUL VALLEJOS

VIOLATION: 18 U.S.C. § 2252(a)(2) -
Receipt or Distribution of Material
Involving the Sexual Exploitation
Of a Minor

PENALTY: 20 years imprisonment
with a 5 year mandatory minimum
$250,000 dollar fine
5 years and up to life of supervised release
$100 special assessment

VIOLATION: 18 U.S.C.§ 2253-Criminal Forfeiture

PENALTY: Forfeiture-as indicated in the Indictment