DANIEL J. BRODERICK, #89424
Federal Defender
ANN H. VORIS, Bar #100433
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ERIC PAUL VALLEJOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ERIC PAUL VALLEJOS,<br><br>　　　　　Defendant. | No. 1:11-cr-0171 LJO<br><br>STIPULATION TO CONTINUE MOTIONS HEARING;  ORDER<br><br>Date:　January 30, 2012<br>Time:　1:00 p.m.<br>Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for December 12, 2011, **may be continued to January 30, 2012 at 1:00 p.m.**

　　　This reason for the continuance is that defense counsel has not yet received the expert report and will need to review it.  Mr. Vallejos has met and been tested for the report, but we do not anticipate having it in time to accomplish anything for court.  In the event that there is follow-up or additional expert services required, that can be done prior to the next date.  This continuance will conserve time and resources for both parties and the court.

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (B)(ii), and (iv).

BENJAMIN WAGNER
United States Attorney

DATED: December 8, 2011     By:   /s/ *Jeremy Jehangiri*
JEREMY JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: December 8, 2011     By:   /s/ *Ann H. Voris*
ANN H. VORIS
Assistant Federal Defender
Attorney for Defendant
Eric Paul Vallejos

**O R D E R**

**Good Cause exists.** Time is excluded pursuant to §§ 3161(h)(7)(A), (B)(ii), and (iv).

IT IS SO ORDERED.

**Dated:   December 8, 2011**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE