# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

FILED
JAN 05 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

JAN 4 AM 9:23

| | |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 11-0171 LJO |
| Eric Paul Vallejos ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Eric Paul Vallejos___, have discussed with ___Lydia J. Serrano___, Pretrial Services Officer, modifications of my release conditions as follows:

Delete condition number 7(u) and replace it with: You shall participate in the following Location Monitoring program components and abide by all the requirements of the program which will include electronic monitoring or other location verification system. The defendant shall pay all or part of the costs of the program based upon their ability to pay as determined by the Pretrial Services Officer. **CURFEW:** You are restricted to your residence everyday from 9 pm to 5 am, or as directed by the Pretrial Services Officer. All other previously ordered conditions of release not in conflict with this change to remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signed] Eric Vallejos_   12-21-11    _[signed] Lydia Serrano_   1-4-12
Signature of Defendant   Date         Pretrial Services Officer   Date
Eric Paul Vallejos                    Lydia J. Serrano

I have reviewed the conditions and concur that this modification is appropriate.

_[signed]_                                               1/5/12
Signature of Assistant United States Attorney            Date
Jeremy Jehangiri

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signed]_                              1/4/12
Signature of Defense Counsel            Date
Ann Voris

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on   1/5/12.
☐ The above modification of conditions of release is *not* ordered.

_[signed]_                              1/5/12
Signature of Judicial Officer           Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services