| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | DAVID L. GAPPA<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street<br>Suite 4401 |
| 4 | Fresno, California 93721<br>Telephone: (559) 497-4000 |



FILED
SEP 5 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-F-11-00171 LJO |
| Plaintiff, | ) | PROTECTIVE ORDER CONCERNING |
| v. | ) | DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY |
| ERIC VALLEJOS, | ) | Honorable Lawrence J. O'Neill |
| Defendant. | ) | |

### ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. A Federal Bureau of Investigation agent or Ceres Police Department detective shall make a duplicate copy of the hard drive and any other storage media available for defense analysis.

2. The duplicate copies of the hard drive and storage media shall be made available for defense counsel, Ann Voris, and defendant's proposed expert, Josiah Roloff or a colleague at the same employer (Global CompuSearch), to review at a law enforcement office for the purpose of preparing for the defense of the above-entitled action. The images on the hard drive and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's

1  defense.

2      3.   A private room will be provided for the defense
3  examination. No Government agents will be inside the room during
4  the examination;

5      4.   The expert will be permitted to bring whatever equipment,
6  books, or records he believes may be necessary to conduct the
7  examination;

8      5.   Neither the defense expert nor defense attorney shall
9  remove the hard drive or other storage media from the confines of
10 the law enforcement office.

11     6.   With the exception of materials which would be considered
12 child pornography under federal law (including visual depictions
13 and data capable of conversion into a visual depiction), the expert
14 may download and remove files or portions of files, provided the
15 forensic integrity of the hard drive is not altered.  The expert
16 will certify in writing (using the attached certification), that he
17 has taken no materials which would be considered child pornography,
18 or data capable of being converted into child pornography, (under
19 federal law) and that he has not caused any child pornography to be
20 sent from the law enforcement premises by any means including by
21 any electronic transfer of files.

22     7.   Except when a defense expert fails to provide this
23 certification, no Government agent, or any person connected with
24 the Government, will examine or acquire in any fashion any of the
25 items used by the expert in order to conduct the defense analysis.
26 Should a defense expert fail to certify that the expert has not
27 copied or removed child pornography, or data capable of being
28 converted into child pornography, Government agents may then

1  inspect or examine the materials in order to ensure that prohibited
2  child pornography has not been removed.

3    8.  When the defense indicates that it is finished with its
4  review of the copy of the hard drives, the drive(s) or other
5  storage devices shall be "forensically wiped" clean unless the
6  defense requests that they be preserved for future review or use.

7    9.  Any disputes regarding the above provisions or problems
8  implementing this order shall be brought to the attention of the
9  court through representative counsel after first consulting
10 opposing counsel.

12 IT IS SO ORDERED:

14 Dated: Sept 4, 2012

HON. LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE